Jason Kuller, NV Bar No. 12244
Rachel Mariner, NV Bar No. 16728
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
rachel@rafiilaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC a/k/a NELLIS AUCTION, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 25-cv-00647-JCM-NJK<br><br>**STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES ON DEFENDANTS' MOTION TO DISMISS [ECF 11]**<br><br>**(FIRST REQUEST)** |

1

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that (1) Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated, shall have up to one additional week until Monday, June 30, 2025, to respond to Defendants' Motion to Dismiss Non-Employer Defendants With Prejudice (ECF No. 11) ("Motion"), and that (2) Defendants shall have up to one additional week until Monday, July 14, 2025, to file a reply in support of the Motion. This Stipulation is submitted and based on the following:

1. Plaintiff's Complaint was filed on April 10, 2025. (ECF No. 1.)

2. All named Defendants were served between April 29, 2025, and May 8, 2025. (ECF Nos. 5-10.)

3. On May 5, 2025, Defendants' counsel requested a three-week extension to respond to Plaintiff's Complaint until June 2, 2025, to which Plaintiff's counsel agreed.

4. On May 22, 2025, Defendants' counsel requested an additional extension until the later of June 9, 2025, or the date a responsive pleading would be due from the last-served entity. Plaintiff's counsel again agreed.

5. On June 9, 2025, Defendants filed their Motion to Dismiss Non-Employer Defendants With Prejudice. The Motion includes seven (7) exhibits and totals 50 pages altogether. (ECF No. 11.)

6. Plaintiff's response to the Motion is due to be filed on June 23, 2025.

7. Given the length and complexity of Defendants' Motion, as well as its reliance on extrinsic exhibits, Plaintiff needs additional time to fully and adequately respond to the Motion.

8. Defendants have agreed to allow Plaintiff an additional week to respond to the Motion until Monday, June 30, 2025.

9. Plaintiff has agreed to allow Defendants an additional week to file a reply in support of their Motion until Monday, July 14, 2025.

10. This is the parties' first request for an extension on the response and reply

deadlines on Defendants' Motion.

11. This request is made in good faith and not for the purpose of delay.

Dated this 23rd day of June, 2025.

| RAFII & ASSOCIATES, P.C. | HONE LAW |
|---|---|
| */s/ Jason Kuller* | */s/ Jennifer Arledge* **(w/permission)** |
| Jason Kuller, NV Bar No. 1224 | Eric D. Hone, NV Bar No. 8499 |
| Rachel Mariner, NV Bar No. 16728 | Jennifer W. Arledge, NV Bar No. 8729 |
| 1120 N. Town Center Drive, Ste. 130 | 701 N. Green Valley Parkway, Ste. 200 |
| Las Vegas, Nevada 89144 | Henderson, NV 89074 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| STEPHEN SCHAAF | NELLIS AUCTION HOLDINGS, LLC, CRET LLC A/K/A NELLIS AUCTION, NELLIS AUCTION ARIZONA, LLC, NELLIS AUCTION COLORADO, LLC, NELLIS AUCTION NEW JERSEY LLC, AND NELLIS AUCTION TEXAS, LLC |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** June 25, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date shown file stamped above, I served a true and correct copy of the foregoing pleading on all registered parties with the Court's electronic filing system.

    /s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com