# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN DANIEL SCHAAF,<br><br>    Plaintiff(s),<br><br>v.<br><br>NELLIS AUCTION HOLDINGS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00647-JCM-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by August 4, 2025.

    IT IS SO ORDERED.

    Dated: July 28, 2025

                                                          Nancy J. Koppe<br>                                                          United States Magistrate Judge