**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Defendants,*
*NELLIS AUCTION HOLDINGS, LLC; CRET, LLC;*
*NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION*
*COLORADO, LLC; NELLIS AUCTION NEW JERSEY*
*LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST*
*2; SPENCER CHUPINSKY; HALCYON THIRD*
*MILLENIUM TRUST; AND KENNETH CHUPINSKI*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 25-cv-00647-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CRET LLC TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF 15]**<br><br>**(SECOND REQUEST)** |



Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Cret LLC ("Nellis Nevada"), and Defendants Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey, LLC; Nellis Auction Texas, LLC; SAC Trust 2; Spencer Chupinsky; Halcyon Third Millenium Trust; and Kenneth Chupinsky (collectively "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant Cret to respond to Plaintiff's First Amended Complaint (ECF No. 15) ("FAC") up and including Tuesday, August 12, 2025. This stipulation is submitted and based upon the following:

1. Plaintiff's FAC was filed on June 30, 2025. (ECF No. 15.)

2. On July 31, 2025, the Parties stipulated to extend Nellis Nevada's time to file its responsive pleading to August 8, 2025. (ECF No. 27). The Court granted the stipulation on August 1, 2025. (ECF No. 29.)

3. Nellis Nevada's Answer to the FAC is currently due to be filed today on August 8, 2025. However, the attorney who has been primarily responsible for drafting Nellis Nevada's Answer has been experiencing some serious health issues and, despite diligent efforts, requires a short extension of time to prepare its responsive pleading.

4. The Parties agree to extend the deadline for Nellis Nevada to file its Answer to the FAC up to and including Tuesday, August 12, 2025.

5. This is the Parties' second request to extend the time for Nellis Nevada's Answer to the FAC.

6. This request is made in good faith and not for the purpose of delay.

///
///
///
///
///
///

7. The Parties agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Stipulation.

Dated this 8th day of August 2025.

| HONE LAW | RAFFII & ASSOCIATES, P.C. |
|---|---|
| /s/Jennifer W. Arledge<br>Eric D. Hone, NV Bar No. 8499<br>ehone@hone.law<br>Jennifer W. Arledge, NV Bar No. 8729<br>jarledge@hone.law<br>Kelly B. Stout, NV Bar No. 12105<br>kstout@hone.law<br>701 N. Green Valley Parkway, Suite No. 200<br>Henderson, NV 89074 | /s/Jason Kuller (with permission)<br>Jason Kuller, NV Bar No. 1224<br>1120 N. Town Center Drive, Ste. 130<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff*<br>*Stephen Schaaf* |

*Attorneys for Defendants*
NELLIS AUCTION HOLDINGS, LLC; CRET LLC; NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION COLORADO, LLC; NELLIS AUCTION NEW JERSEY LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST 2; SPENCER CHUPINSKY; HALCYON THIRD MILLENIUM TRUST; AND KENNETH CHUPINSKI

**ORDER**

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge