Jason Kuller, NV Bar No. 12244
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 25-cv-00647-JCM-NJK<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON NELLIS AUCTION DEFENDANTS' MOTION TO DISMISS [ECF 17]**<br><br>**(SECOND REQUEST)** |

Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendants Cret LLC, Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey, LLC; Nellis Auction Texas, LLC; SAC Trust

2; Spencer Chupinsky; Halcyon Third Millenium Trust; and Kenneth Chupinsky (collectively "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate: (1) to extend the time for Plaintiff to respond to the Nellis Auction Defendants'[1] Motion to Dismiss Plaintiffs First Amended Complaint (ECF No. 17) ("Dismissal Motion" or "Motion") up and including **August 13, 2025**; and (2) to extend the time for Nellis Auction Defendants to file a reply supporting their Motion up to and including **August 27, 2025**. This stipulation is submitted and based upon the following:

1. Plaintiff's First Amended Complaint ("FAC") was filed on June 30, 2025. *See* ECF No. 15. On July 14, 2025, Defendants filed the Dismissal Motion against Plaintiff's FAC. *See* ECF No. 17.

2. Plaintiff's response to the Dismissal Motion was originally due to be filed on Monday, July 28, 2025, but Plaintiff's requested an extension based on his recurring health issues and limited work availability. *See* ECF No. 36 at ¶¶ 6-7.

3. On August 6, 2025, the Court granted the Parties' first stipulation to extend Plaintiff's deadline to respond to the Dismissal Motion until August 11, 2025, and to extend Nellis Auction Defendants' reply deadline until August 25, 2025. *See* ECF No. 37.

4. Plaintiff's counsel again experienced serious health issues last Wednesday, August 6, lasting until Thursday, August 7, 2025. Although these health issues are still being diagnosed, doctors suspect that Plaintiff's counsel is suffering from an autoimmune disorder in which the immune system attacks healthy body cells. These attacks have occurred at least once a week for the past eight weeks, with each attack leaving Plaintiff's counsel incapacitated for a day or more.

5. In addition, Plaintiff's longtime partner was hospitalized last week on Monday, August 4, 2025. Due to his own health issues and work obligations, Plaintiff's counsel was unable to visit his partner until Friday, August 8, 2025, and took her home from the hospital on Saturday, August 9, 2025.

---

[1] The "Nellis Auction Defendants" consist of Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey, LLC; and Nellis Auction Texas, LLC.



6. Despite working diligently, Plaintiff's counsel realized on Monday, August 11, 2025, that he needed additional time to complete Plaintiff's response to the Dismissal Motion. That same day, Plaintiff's counsel emailed Defendants' counsel seeking a stipulated extension, but Defendant's counsel had already left for the day.

7. Plaintiff moved for an extension with the Court (second request) on Monday, August 11, 2025. *See* ECF No. 40. The following day, Defendant's counsel informed Plaintiff's counsel of her unavailability the previous day and agreed to stipulate to the requested extension.

8. Whereby the Parties hereby stipulate and agree (1) to extend Plaintiff's time to respond to the Dismissal Motion until **August 13, 2025**, and (2) to extend Nellis Auction Defendants' time to file its reply in support of the Dismissal Motion until **August 27, 2025**.

9. This is the Parties' second request to extend the briefing schedule on the Dismissal Motion. This stipulation tracks the extensions requested by Plaintiff's motion. *See* ECF No. 40.

10. This request is made in good faith and not for the purpose of delay.

Dated this 12th day of August, 2025.

| RAFII & ASSOCIATES, P.C. | HONE LAW |
|---|---|
| */s/ Jason Kuller* | */s/ Jennifer Arledge* **(w/permission)** |
| Jason Kuller, NV Bar No. 1224 | Eric D. Hone, NV Bar No. 8499 |
| 1120 N. Town Center Drive, Ste. 130 | Jennifer W. Arledge, NV Bar No. 8729 |
| Las Vegas, Nevada 89144 | Kelly B. Stout, NV Bar No. 12105 |
| *Attorneys for Plaintiff* | 701 N. Green Valley Parkway, Ste. 200 |
| | Henderson, NV 89074 |
| | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: August 15, 2025

3

**STIPULATION TO EXTEND BRIEFING SCHEDULE (SECOND REQUEST)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date shown file stamped above, I served a true and correct copy of the foregoing pleading on all registered parties with the Court's electronic filing system.

    /s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel:  (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com