UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHAAF,<br><br>    Plaintiff(s),<br><br>v.<br><br>NELLIS AUCTION HOLDINGS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00647-JCM-NJK<br><br>**Order**<br><br>[Docket No. 48] |

Pending before the Court is a joint discovery plan seeking special scheduling review. Docket No. 48. Separate and apart from the special scheduling review requested, the Court generally includes in the scheduling order in collective actions a deadline to file the motion for conditional certification and a deadline to file the motion for decertification. Similarly in class actions, the Court generally includes in the scheduling order a deadline to file the motion for class certification. The parties' discovery plan does not include deadlines for these motions.[1] Accordingly, the joint discovery plan is **DENIED** without prejudice. An amended joint discovery plan must be filed by August 29, 2025.

IT IS SO ORDERED.

Dated: August 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge

---

[1] It appears the parties envision the decertification motion being filed by the dispositive motion deadline, but the discovery plan does not explicitly provide that deadline. Docket No. 48 at 4; *see also id.* at 3 (referencing that a motion for conditional certification of the collective action is "*usually* filed during the pleading stage" (emphasis added)). To ensure clarity, these deadlines must be stated explicitly. *Cf.* Local Rule 26-1(b)(4) ("The plan must state the calendar date on which dispositive motions are due").

1