Jason Kuller, NV Bar No. 12244
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
*Attorneys for Plaintiff*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEPHEN SCHAAF, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,

Defendants.

Case No. 25-cv-00647-JCM-NJK

**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO CRET LLC'S COUNTERCLAIM [ECF 42]**

**(FIRST REQUEST)**

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendants Cret LLC, Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey, LLC; Nellis Auction Texas, LLC; SAC Trust 2; Spencer Chupinsky; Halcyon Third Millenium Trust; and Kenneth Chupinsky (collectively "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate: (1) to extend the time for Plaintiff to respond to Cret LLC's Counterclaim (ECF No. 42) ("Plaintiff's Response" or "Response") up and including **September 9, 2025**. This stipulation is submitted and based upon the following:

1. Plaintiff's First Amended Complaint ("FAC") was filed on June 30, 2025. *See* ECF No. 15.

2. Defendant Cret LLC filed an Answer and Counterclaim ("Counterclaim") on August 12, 2025. *See* ECF No. 42.

3. Plaintiff's Response is currently due to be filed the day after Labor Day Weekend on September 2, 2025. Undersigned Plaintiff's counsel also has an opposition due to a 26-page motion for summary judgment in another case due on that same date, among other deadlines. Plaintiff therefore needs additional time to adequately respond to Defendant's Counterclaim in this case.

4. Whereby the Parties hereby stipulate and agree to extend Plaintiff's time to respond to the Counterclaim until **September 9, 2025**.

5. This is the Parties' first request to extend Plaintiff's time to respond to the Counterclaim.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. This request is made in good faith and not for the purpose of delay.

Dated this 29th day of August, 2025.

RAFII & ASSOCIATES, P.C.

***/s/ Jason Kuller***
Jason Kuller, NV Bar No. 1224
1120 N. Town Center Drive, Ste. 130
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

HONE LAW

***/s/ Kelly B. Stout* (w/permission)**
Eric D. Hone, NV Bar No. 8499
Jennifer W. Arledge, NV Bar No. 8729
Kelly B. Stout, NV Bar No. 12105
701 N. Green Valley Parkway, Ste. 200
Henderson, NV 89074
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

United States Magistrate Judge

**Dated:** September 2, 2025

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS