**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Defendants*
NELLIS AUCTION HOLDINGS, LLC; CRET LLC;
NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION
COLORADO, LLC; NELLIS AUCTION NEW JERSEY
LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST
2; SPENCER CHUPINSKY; HALCYON THIRD
MILLENNIUM TRUST; AND KENNETH CHUPINSKY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 25-cv-00647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO REPLY TO [ECF 17] NON-EMPLOYER ENTITY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FOURTH REQUEST)** |

| | |
|---|---|
| 1 | CRET LLC, a domestic limited liability company, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | vs. |
| 5 | Stephen Schaaf, individually, |
| 6 | Counter-Defendant. |

Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendants Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey LLC; Nellis Auction Texas, LLC (collectively, the "MTD Defendants"); Cret LLC; SAC Trust 2; Spencer Chupinsky; Halcyon Third Millenium Trust; and Kenneth Chupinsky (collectively, with the MTD Defendants, "Defendants" and with Plaintiff, the "Parties"), hereby file this Stipulation and Order to extend the MTD Defendants' reply to Non-Employer Entity Defendants' Motion to Dismiss Plaintiffs First Amended Complaint ("Motion to Dismiss") (ECF No. 17).

IT IS HEREBY STIPULATED AND AGREED that the MTD Defendants shall have an extension up to and including September 22, 2025 to file their reply ("Reply") to the Motion to Dismiss. This Stipulation is submitted and based upon the following:

1. On June 30, 2025, Plaintiff filed his First Amended Complaint ("FAC"). (ECF No. 15.)

2. On July 14, 2025, the MTD Defendants filed their Motion to Dismiss. (ECF No. 17.)

3. Plaintiff's response to the Motion to Dismiss was originally due on Monday, July 28, 2025. The Parties stipulated two extensions (*see* ECF Nos. 36, 41) and undersigned Plaintiff's counsel also filed extension motions. (*See* ECF Nos. 40, 43).

4. On August 15, 2025, the Court granted the Parties' second stipulation (ECF No. 45), which extended Plaintiff's time to respond to the Motion to Dismiss to August 13, 2025, and the Non-Employer Entity Defendants' time to file their reply to August 27, 2025.

///

5. On August 27, 2025, the Parties filed a third stipulation to extend the briefing Schedule on Motion to Dismiss (third request) requesting that Plaintiff's time to respond to the Motion to Dismiss be extended to August 18, 2025 and the MTD Defendants' time to file their reply be extended to September 5, 2025. (ECF No. 50.) At present, the Court has not rules on the third request.

6. Due to scheduling conflicts arising from defense counsel's obligations in other litigation matters, the Parties have agreed to allow Defendants' Reply to the Motion to Dismiss to be extended to September 22, 2025.

7. This extension is sought in good faith and not for the purpose of undue delay.

Dated this 3rd day of September 2025.

HONE LAW

/s/Kelly B. Stout
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*
NELLIS AUCTION HOLDINGS, LLC; CRET LLC; NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION COLORADO, LLC; NELLIS AUCTION NEW JERSEY LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST 2; SPENCER CHUPINSKY; HALCYON THIRD MILLENNIUM TRUST; AND KENNETH CHUPINSKY

Dated this 3rd day of September 2025.

RAFII & ASSOCIATES, P.C.

/s/Jason Kuller (w/permission)
Jason Kuller, NV Bar No. 12244
jason@rafiilaw.com
Rachel Mariner, NV Bar No. 16728
rachel@rafiilaw.com
1120 N. Town Center Drive, Suite 130
Las Vegas, NV 89144

*Attorneys for Plaintiff*
STEPHEN SCHAAF

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: September 3, 2023