**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Defendants*
NELLIS AUCTION HOLDINGS, LLC; CRET LLC;
NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION
COLORADO, LLC; NELLIS AUCTION NEW JERSEY
LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST
2; SPENCER CHUPINSKY; HALCYON THIRD
MILLENNIUM TRUST; AND KENNETH CHUPINSKY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of himself and all others similarly situated,<br><br>                     Plaintiff,<br><br>          vs.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>                     Defendants. | Case No. 25-cv-00647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT CRET LLC'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS CRET LLC'S COUNTERCLAIM UNDER FRCP 12(b)(1) AND 12(b)(6) [ECF NO. 58]**<br><br>**(FIRST REQUEST)** |

|   |   |
|---|---|
| 1 | CRET LLC, a domestic limited liability company, |
| 2 |   |
| 3 | Counterclaimant, |
|   | vs. |
| 4 | Stephen Schaaf, individually, |
| 5 |   |
|   | Counter-Defendant. |
| 6 |   |

Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendants CRET LLC; Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey LLC; Nellis Auction Texas, LLC; SAC Trust 2; Spencer Chupinsky; Halcyon Third Millenium Trust; and Kenneth Chupinsky (collectively, "Defendants"), hereby file this Stipulation and Order to extend time for Defendant CRET LLC ("Nellis Nevada") to respond to Plaintiff's Motion to Dismiss CRET LLC's Counterclaim Under FRCP 12(b)(1) and 12(b)(6) ("Motion to Dismiss") [ECF No. 58].

IT IS HEREBY STIPULATED AND AGREED that Nellis Nevada shall have an extension up to and including September 30, 2025, to file its response ("Response") to the Motion to Dismiss. This Stipulation is submitted and based upon the following:

1. On August 12, 2025, Nellis Nevada filed its Answer to the First Amended Complaint and Counterclaim. (ECF No. 42.)

2. On September 9, 2025, Plaintiff filed the Motion to Dismiss. (ECF No. 58.)

3. Nellis Nevada's Response to the Motion to Dismiss is due on September 23, 2025. LR 7-2(b).

4. Due to an unexpected scheduling conflict arising from defense counsel's obligations in another matter, the Parties have agreed to allow Nellis Nevada's Response to the Motion to Dismiss to be extended one week to September 30, 2025.

5. The Parties have further agreed to extend Plaintiff's reply in support of the Motion to Dismiss to October 14, 2025.

/ / /

/ / /

6. This extension is sought in good faith and not for the purpose of undue delay.

Dated this 23rd day of September 2025.

HONE LAW

*/s/Jennifer W. Arledge*
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants*
NELLIS AUCTION HOLDINGS, LLC; CRET LLC; NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION COLORADO, LLC; NELLIS AUCTION NEW JERSEY LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST 2; SPENCER CHUPINSKY; HALCYON THIRD MILLENNIUM TRUST; AND KENNETH CHUPINSKY

Dated this 23rd day of September 2025.

RAFII & ASSOCIATES, P.C.

*/s/Jason Kuller*
Jason Kuller, NV Bar No. 12244
jason@rafiilaw.com
Rachel Mariner, NV Bar No. 16728
rachel@rafiilaw.com
1120 N. Town Center Drive, Suite 130
Las Vegas, NV 89144

*Attorneys for Plaintiff*
STEPHEN SCHAAF

**IT IS SO ORDERED** September 26, 2025.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT JUDGE**



3