1
2
3
4          UNITED STATES DISTRICT COURT
5              DISTRICT OF NEVADA
6                    * * *
7   STEPHEN SCHAAF, et al.,                    Case No.2:25-CV-647  JCM (NJK)
8                        Plaintiff(s),
9        v.                                              ORDER
10  NELLIS AUCTION HOLDINGS, LLC, et al.,
11                       Defendant(s).
12
13          Presently before the court is Robert Montes, Jr.'s verified petition for permission to practice
14  pro hac vice.  (ECF Nos. 18, 67).
15  The court has reviewed Mr. Montes' petition and GRANTS permission for him to practice pro hac
16  vice in this case.  However, the court reminds Mr. Montes that under Local Rule IA 11-2, an
17  attorney cannot be "regularly employed in the State of Nevada."  Petitioner has appeared in eleven
18  federal district cases in Nevada in the past three years.  Accordingly, the court will entertain no
19  further pro hac vice motions from Mr. Montes.
20          DATED October 9, 2025.
21
22                                                    _____
23                                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28