Jason Kuller, NV Bar No. 12244
Ciara Alagao, NV Bar No. 16789
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:25-cv-00647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO INDIVIDUAL/TRUST DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE [ECF NO. 64]**<br><br>**(FIRST REQUEST)** |
| CRET LLC,<br><br>      Counterclaimant,<br><br>v.<br><br>STEPHEN SCHAAF, on behalf of himself and all other similarly situated,<br><br>      Counterdefendant. | |

Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendants Cret LLC, Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey, LLC; Nellis Auction Texas, LLC; SAC Trust 2; Spencer Chupinsky; Halcyon Third Millenium Trust; and Kenneth Chupinsky (collectively "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to respond to Individual/Trust Defendants' Motion to Dismiss with Prejudice (ECF No. 64) ("Dismissal Motion" or "Motion") up and including **October 28, 2025**.  This stipulation is submitted and based upon the following:

1.  Plaintiff's First Amended Complaint ("FAC") was filed on June 30, 2025.  *See* ECF No. 15.

2.  Individual/Trust Defendants filed their Dismissal Motion on September 30, 2025. *See* ECF No. 64.

3.  Plaintiff's response to the Dismissal Motion ("Response") is currently due to be filed next Tuesday on October 14, 2025 (the "Due Date").  Plaintiff's reply in support of his motion to dismiss the counterclaims of Defendant Cret LLC ("Reply") is also due on the Due Date. *See* ECF No. 62.  Undersigned Plaintiff's counsel has been unable to work on either the Response or Reply this week due to illness.

4.  Plaintiff's counsel is also scheduled to have surgery next week on the Due Date and is scheduled to move two weeks from today on October 24, 2025.  While Plaintiff anticipates filing his Reply on the Due Date, Plaintiff needs additional time to fully and adequately respond to the Dismissal Motion.

5.  Whereby the Parties hereby stipulate and agree to extend Plaintiff's time to respond to the Dismissal Motion for two weeks until **October 28, 2025**.

6.  This is the Parties' first request to extend Plaintiff's time to respond to the Dismissal Motion.

/ / /

/ / /

/ / /

2
**STIPULATION TO EXTEND PLAINTIFF'S RESPONSE TO MTD (FIRST REQUEST)**

7. This request is made in good faith and not for the purpose of delay.

Dated this 13th day of October, 2025.

| RAFII & ASSOCIATES, P.C. | HONE LAW |
|---|---|
| */s/ Jason Kuller* | */s/ Jennifer Arledge* **(w/permission)** |
| Jason Kuller, NV Bar No. 12244 | Eric D. Hone, NV Bar No. 8499 |
| 1120 N. Town Center Drive, Ste. 130 | Jennifer W. Arledge, NV Bar No. 8729 |
| Las Vegas, Nevada 89144 | Kelly B. Stout, NV Bar No. 12105 |
| *Attorneys for Plaintiff* | 701 N. Green Valley Parkway, Ste. 200 |
| | Henderson, NV 89074 |
| | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

*[signature]*

UNITED STATES DISTRICT JUDGE

**Dated:** October 15, 2025

3
**STIPULATION TO EXTEND PLAINTIFF'S RESPONSE TO MTD (FIRST REQUEST)**