Jason Kuller, NV Bar No. 12244
Ciara Alagao, NV Bar No. 16789
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>CRET LLC,<br><br>    Counterclaimant,<br>v.<br>STEPHEN SCHAAF, on behalf of himself and all other similarly situated,<br><br>    Counterdefendant. | Case No. 25- cv-00647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON INDIVIDUAL/TRUST DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE [ECF NO. 64]**<br><br>**(SECOND REQUEST)** |

1

**STIPULATION TO EXTEND BRIEFING SCHEDULE ON MTD (SECOND REQUEST)**

Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendants Cret LLC, Nellis Auction Holdings, LLC; Nellis Auction Arizona, LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey, LLC; Nellis Auction Texas, LLC; SAC Trust 2; Spencer Chupinsky; Halcyon Third Millenium Trust; and Kenneth Chupinsky (collectively "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to respond to Individual/Trust Defendants' Motion to Dismiss with Prejudice (ECF No. 64) ("Dismissal Motion" or "Motion") by one week up and including **November 4, 2025**, and to extend Defendants time to reply by one week up to and including **November 18, 2025**. This stipulation is submitted and based upon the following:

1. Plaintiff's First Amended Complaint ("FAC") was filed on June 30, 2025. *See* ECF No. 15.

2. Individual/Trust Defendants filed their Dismissal Motion on September 30, 2025. *See* ECF No. 64.

3. Plaintiff's response to the Dismissal Motion ("Response") is currently due to be filed on Tuesday, October 28, 2025 (the "Due Date") pursuant to the Parties' first stipulated extension (ECF No. 73), which was approved by the Court (ECF No. 75).

4. Undersigned Plaintiff's counsel is in the middle of moving residences and has had limited availability to work during the past week and continuing until the end of this week. Additionally, Plaintiff's motion for preliminary FLSA certification is due this Thursday, October 30, 2025, pursuant to the Court's Scheduling Order, and Plaintiff's counsel will have limited availability to prepare and finalize both documents.

5. Whereby the Parties hereby stipulate and agree to extend Plaintiff's time to respond to the Dismissal Motion for an additional seven (7) days until **November 4, 2025**. Additionally, the Parties stipulate and agree to extend the deadline for Defendant's supporting reply an additional seven (7) days up to and including **November 18, 2025**.

6. This is the Parties' second request to extend Plaintiff's time to respond to the Dismissal Motion, and first request to extend Defendant's time to reply.

///

7. This request is made in good faith and not for the purpose of delay.

Dated this 28th day of October, 2025.

| RAFII & ASSOCIATES, P.C. | HONE LAW |
|---|---|
| */s/ Jason Kuller* | */s/ Jennifer W. Arledge* (w/permission) |
| Jason Kuller, NV Bar No. 1224 | Eric D. Hone, NV Bar No. 8499 |
| 1120 N. Town Center Drive, Ste. 130 | Jennifer W. Arledge, NV Bar No. 8729 |
| Las Vegas, Nevada 89144 | Kelly B. Stout, NV Bar No. 12105 |
| *Attorneys for Plaintiff* | 701 N. Green Valley Parkway, Ste. 200 |
| | Henderson, NV 89074 |
| | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES COURT JUDGE**

**Dated:** October 29, 2025

---
3
**STIPULATION TO EXTEND BRIEFING SCHEDULE ON MTD (SECOND REQUEST)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date shown file stamped above, I served a true and correct copy of the foregoing pleading on all registered parties with the Court's electronic filing system.

      /s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel:  (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com