| | |
|---|---|
| 1 | Bradley T. Austin (Bar No. 13064) |
| | Swen Prior (Bar No. 9324) |
| 2 | Theresa C. Trenholm (Bar No. 16460) |
| | SNELL & WILMER L.L.P. |
| 3 | 1700 South Pavilion Center Dr., Suite 700 |
| | Las Vegas, NV 89135-1865 |
| 4 | Telephone: 702.784.5200 |
| | Facsimile: 702.784.5252 |
| 5 | baustin@swlaw.com |
| | sprior@swlaw.com |
| 6 | ttrenholm@swlaw.com |

*Attorneys for Defendants,*
NELLIS AUCTION HOLDINGS, LLC; CRET LLC;
NELLIS AUCTION ARIZONA LLC; NELLIS
AUCTION COLORADO, LLC; NELLIS AUCTION
NEW JERSEY LLC; NELLIS AUCTION TEXAS, LLC;
SAC TRUST 2; SPENCER CHUPINSKY; HALCYON
THIRD MILLENIUM TRUST; AND KENNETH
CHUPINSKY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY CERTIFICATION AND CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**(FIRST REQUEST)** |
| CRET LLC, a domestic limited liability | |

- 1 -

company,

Counter-Claimant,

v.

STEPHEN SCHAAF, Individually,

Counter-Defendant.

Plaintiff STEPHEN SCHAAF ("Plaintiff") and Defendants NELLIS AUCTION HOLDINGS, LLC, CRET LLC, NELLIS AUCTION ARIZONA LLC, NELLIS AUCTION COLORADO, LLC, NELLIS AUCTION NEW JERSEY LLC, NELLIS AUCTION TEXAS, LLC, SAC TRUST 2, SPENCER CHUPINSKY, HALCYON THIRD MILLENIUM TRUST, AND KENNETH CHUPINSKY ("Defendants"), by and through their respective undersigned counsel of record, hereby file this Stipulation and Order to extend the briefing schedule on Plaintiff's Motion for Preliminary Certification and Circulation Pursuant to 29 U.S.C. § 216(b) ("Motion") (ECF No. 82).

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On October 30, 2025, Plaintiff filed Plaintiff's Motion for Preliminary Certification and Circulation Pursuant to 29 U.S.C. § 216(b) ("Motion") (ECF No. 82).

2. On November 12, 2025, the Law Firm of Snell & Wilmer appeared in the above captioned case to represent the Defendants.

3. Defendants' response to the Motion was originally due on Thursday, November 13, 2025.

4. Due to scheduling conflicts arising from all counsel's obligations in other litigation matters, travel schedule, and the intervening holiday, the Parties have agreed to extend the briefing deadlines as follows:

    a. Defendants' Opposition to the Motion through and including November 25, 2025; and

    b. Plaintiff's Reply in Support of the Motion through and including December 16, 2025.

/ / /

4933-4070-1817

5. This extension is sought in good faith and not for the purpose of undue delay.

IT IS SO AGREED AND STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 12th day of November 2025.

**SNELL & WILMER L.L.P.**

 /s/ Bradley Austin
Bradley T. Austin, Esq.
Swen Prior, Esq.
Theresa C. Trenholm, Esq.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

*Attorneys for Defendants NELLIS AUCTION HOLDINGS, LLC; CRET LLC; NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION COLORADO, LLC; NELLIS AUCTION NEW JERSEY LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST 2; SPENCER CHUPINSKY; HALCYON THIRD MILLENIUM TRUST; AND KENNETH CHUPINSKY*

Dated this 12th day of November 2025.

**RAFII & ASSOCIATES, P.C.**

 /s/ Jason Kuller
Jason Kuller, Esq.
1120 N. Town Center Drive, Ste. 130
Las Vegas, Nevada 89144

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

December 12, 2025.
_____
DATE

- 3 -

4933-4070-1817