Jason Kuller, NV Bar No. 12244
Ciara Alagao, NV Bar No. 16789
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>CRET LLC,<br><br>Counterclaimant,<br>v.<br><br>STEPHEN SCHAAF, on behalf of himself and all other similarly situated,<br><br>Counterdefendant. | Case No. 25- cv-00647-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF PRELIMINARY CERTIFICATION AND CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**(SECOND REQUEST)** |

1

**MOTION TO EXTEND PLAINTIFF'S REPLY DEADLINE (SECOND REQUEST)**

Plaintiff STEPHEN SCHAAF, on behalf of himself and all others similarly situated ("Plaintiff") ,and Defendants NELLIS AUCTION HOLDINGS, LLC, CRET LLC, NELLIS AUCTION ARIZONA LLC, NELLIS AUCTION COLORADO, LLC, NELLIS AUCTION NEW JERSEY LLC, NELLIS AUCTION TEXAS, LLC, SAC TRUST 2, SPENCER CHUPINSKY, HALCYON THIRD MILLENIUM TRUST, AND KENNETH CHUPINSKY (collectively "Defendants," and with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, hereby file this Stipulation and Order to extend the deadline for Plaintiff's Reply in Support of his Motion for Preliminary Certification and Circulation of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion") (ECF No. 82).

IT IS HEREBY STIPULATED AND AGREED as follows:

1. On October 30, 2025, Plaintiff filed his Motion for Preliminary Certification and Circulation Pursuant to 29 U.S.C. § 216(b) ("Motion") (ECF No. 82).

2. On November 12, 2025, the Law Firm of Snell & Wilmer appeared in this case to represent Defendants, which was one day before the due date of Defendants' response to the Motion ("Response") on November 13, 2025.

3. Due to scheduling conflicts arising from all counsel's obligations in other litigation matters, travel schedules, and the intervening Thanksgiving holiday, the Parties stipulated to extend Defendant's Response deadline up to and including November 25, 2025; and to extend Plaintiff's Reply deadline up to and including December 16, 2025. *See* ECF No. 87.

4. Defendants timely responded to Plaintiff's Motion on November 25, 2025. *See* ECF Nos. 89-91.

5. Due to his competing obligations and deadlines in other litigation matters, as well as the unexpected death of his first cousin the week before, Plaintiff's counsel requires additional time to complete Plaintiff's Reply.

6. As such, the Parties stipulate that Plaintiff shall have an additional week, up to and including December 23, 2025, to file his Reply in support of his Motion.

7. This extension is sought in good faith and not for the purpose of undue delay.

8. This is the Parties' second stipulated request for an extension of the briefing schedule

2
**MOTION TO EXTEND PLAINTIFF'S REPLY DEADLINE (SECOND REQUEST)**

on Plaintiff's Motion.

9.      The Court granted the Parties' first stipulated request on December 12, 2025. *See* ECF No. 94.

IT IS SO AGREED AND STIPULATED THROUGH COUNSEL OF RECORD.

| Dated this 16th day of December, 2025. | Dated this 16th day of December, 2025. |
|---|---|
| **SNELL & WILMER L.L.P.** | **RAFII & ASSOCIATES, P.C.** |
| /s/ Bradley T. Austin (with permission) | /s/ Jason Kuller |
| Bradley T. Austin, Esq.<br>Swen Prior, Esq.<br>Theresa C. Trenholm, Esq.<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135 | Jason Kuller, Esq.<br>Of Counsel<br>1120 N. Town Center Drive, Ste. 130<br>Las Vegas, Nevada 89144 |
| | *Attorneys for Plaintiff* |
| Eric D. Hone, NV Bar No. 8499<br>ehone@hone.law<br>Jennifer W. Arledge, NV Bar No. 8729<br>jarledge@hone.law<br>Kelly B. Stout, NV Bar No. 12105<br>kstout@hone.law<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074 | |

*Attorneys for Defendants NELLIS AUCTION HOLDINGS, LLC; CRET LLC; NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION COLORADO, LLC; NELLIS AUCTION NEW JERSEY LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST 2; SPENCER CHUPINSKY; HALCYON THIRD MILLENIUM TRUST; AND KENNETH CHUPINSKY*



**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

December 19, 2025
_____
DATE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date shown file stamped above, I served a true and correct copy of the foregoing pleading on all registered parties with the Court's electronic filing system.

    /s/ Jason Kuller
Jason Kuller
Of Counsel
RAFII & ASSOCIATES, P.C.
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Tel: (725) 245-6056
Fax: (725) 220-1802
jason@rafiilaw.com