1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 15  STEPHEN SCHAAF, on behalf of himself and all others similarly situated, | Case No. 2:25-cv-00647-JCM-NJK |
| 16  Plaintiff, | |
| 17  v. | **ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| 18  NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | CRET LLC, a domestic limited liability company, |
| 2 | |
| 3 | Counter-Claimant, |
|   | v. |
| 4 | STEPHEN SCHAAF, Individually, |
| 5 | Counter-Defendant. |

Defendant/Counter-Claimant CRET LLC ("Nellis Nevada"), and Defendants Nellis Auction Holdings, LLC; Nellis Auction Arizona LLC; Nellis Auction Colorado, LLC; Nellis Auction New Jersey, LLC; Nellis Auction Texas LLC; SAC Trust 2; Spencer Chupinsky; Halcyon Third Millennium Trust; and Kenneth Chupinsky (collectively "Defendants"), hereby substitute and appoint the law firm of Snell & Wilmer, L.L.P.[1] as its sole attorneys of record in the above-entitled matter, in the place and stead of Hone Law.

All future papers and pleadings shall be solely directed to and served on Snell & Wilmer, L.L.P.

Dated this 23rd day of December 2025.

DEFENDANT/COUNTER-CLAIMANT CRET, LLC; AND DEFENDANTS NELLIS AUCTION HOLDINGS, LLC; NELLIS AUCTION ARIZONA LLC; NELLIS AUCTION COLORADO, LLC; NELLIS AUCTION NEW JERSEY, LLC; AND NELLIS AUCTION TEXAS LLC

/s/ Blake Eason
Blake B. Eason, Chief Financial Officer


DEFENDANTS SAC TRUST 2 AND SPENCER CHUPINSKY

Spencer Chupinsky

/s/ Spencer Chupinsky
DEFENDANTS HALCYON THIRD MILLENNIUM TRUST AND KENNETH CHUPINSKY

---

[1] Snell & Wilmer L.L.P. filed a Notice of Appearance as co-counsel for Nellis Nevada and the Defendants on November 12, 2025. (ECF No. 86.)

|  |  |
|---|---|
| 1 | DEFENDANTS HALCYON THIRD MILLENNIUM TRUST AND KENNETH CHUPINSKY |
| 2 | |
| 3 | /s/ Kenneth Chupinsky<br>Kenneth Chupinsky |

Hone Law hereby substitutes in its place and stead the law firm of Snell & Wilmer, L.L.P. as the sole attorneys of record for Nellis Nevada and the Defendants in the above-entitled matter, and requests that it be removed from the court's service list.

DATED this 23rd day of December, 2025.

HONE LAW

/s/ Jennifer Arledge
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Sarah E. Harmon, NV Bar No. 8106
sharmon@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074

Snell & Wilmer, L.L.P. hereby accepts substitution as the sole attorneys of record for Nellis Nevada and the Defendants in the above-entitled matter in the place and stead of Hone Law.

DATED this 23rd day of December, 2025.

SNELL & WILMER, L.L.P.

/s/ Paul S. Prior
Paul S. Prior, NV Bar No. 9324
sprior@swlaw.com
Bradley T. Austin, NV Bar No. 13064
baustin@swlaw.com
Theresa Trenholm, NV Bar No. 16460
ttrenholm@swlaw.com
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

**IT IS SO ORDERED**
Dated: December 29, 2025
.
.
.
_____
United States Magistrate Judge
Nancy J. Koppe

- 3 -