1
2
3
4
5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

6   Stephen Schaaf,                                  Case No. 2:25-cv-00647-JCM-NJK

7           Plaintiff(s),                                      **Order**

8   v.                                                    [Docket No. 106]

9   Nellis Auction Holdings, LLC, et al.,

10          Defendant(s).

11          Pending before the Court is a stipulation to extend six different briefing deadlines.  Docket

12   No. 106.

13          The omnibus stipulation violates Local Rule IC 2-2(b), which requires separate filings be

14   docketed for separate requests.  "This rule is not an exercise of pure formality." *Bank of N.Y.*

15   *Mellon v. SFR Invs. Pool 1, LLC*, 2017 U.S. Dist. Lexis 132101, at *2 (D. Nev. Aug. 18, 2018)

16   (Mahan, J.).  Among other purposes, the rule ensures that specific requests are steer to the

17   appropriate judicial officer.  *Divine Wellness, LLC v. NFP Prop. & Cas. Servs., Inc.*, 2024 WL

18   2880285, at *1 (D. Nev. May 17, 2024).  Notwithstanding this rule, the Court will resolve several

19   different extension requests presented in the stipulation through issuance of this order.  With

20   respect to the certification reply brief, however, that request will be denied without prejudice.

21          As to the five other extension requests, the Court will allow the extensions sought for good

22   cause shown.  The Court is not inclined to extend these deadlines any further, however, so counsel

23   must take all reasonable steps to meet the extended deadlines set herein.

24          Accordingly, the stipulation to extend is **DENIED** without prejudice with respect to the

25   deadline to file the certification reply brief.  The stipulation is otherwise **GRANTED** as follows:

26   the deadlines to file replies for the motions to amend (Docket Nos. 93, 96) are extended to January

27   9, 2026; the deadlines to respond to the motions for sanctions and to strike (Docket Nos. 99, 100)

28

1

are extended to January 13, 2026; and the deadline to respond to the motion to stay (Docket No. 103) is extended to January 20, 2026.

IT IS SO ORDERED.

Dated:  January 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge