UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Stephen Schaaf,<br>　　　Plaintiff(s),<br>v.<br>Nellis Auction Holdings, LLC, et al.,<br>　　　Defendant(s). | Case No. 2:25-cv-00647-JCM-NJK<br>**Order**<br>[Docket No. 113] |

Pending before the Court is a stipulation to extend case management deadlines by 60 days. Docket No. 113. That stipulation was filed at 3:00 p.m. on January 8, 2026, despite also seeking relief as to the initial expert disclosure deadline of January 8, 2026. *See id.* at 4. Requests to extend case management deadlines must be filed 21 days before the subject deadline(s) for which extension is sought. Local Rule 26-3. Particularly since it appears the circumstances identified were known well before January 8, 2026, it is not clear why this request was filed at the last minute. Accordingly, the stipulation is **DENIED** without prejudice. Any renewed stipulation must be filed by January 13, 2026, and must explain why the extension request was not made more in advance of the initial expert disclosure deadline.

In addition, the stipulation is predicated in part on the pendency of the motion for case-terminating sanctions and corresponding motion to stay. *See* Docket Nos. 99, 103. Because of the avalanche of extension requests made in this case, the responses to those motions are not immediately forthcoming. *See* Docket No. 110. In the interim, Defendants must file a supplement to the motion to stay listing which cases (if any) cited in the motion for case-terminating sanctions impose case-terminating sanctions (as opposed to other, lesser sanctions).[1] That supplement must be filed by January 13, 2026. The supplement must not contain any argument or any cases that

---

[1] The Court expresses no opinion herein as to the merits of the motion for case-terminating sanctions or the motion to stay.

1

were not already cited in the underlying motion, but rather must simply identify the pertinent cases that were previously cited or represent that the motion does not include citation to any cases imposing case-dispositive sanctions.

IT IS SO ORDERED.

Dated: January 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge