**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Stephen Schaaf,

      Plaintiff(s),

v.

Nellis Auction Holdings, LLC, et al.,

      Defendant(s).

Case No. 2:25-cv-00647-JCM-NJK

**Order**

[Docket Nos. 120, 122]

Pending before the Court are motions to extend an opposition briefing deadline. Docket Nos. 120, 122. The motions were filed two minutes and three minutes before the applicable 11:59 p.m. deadline, *see* Local Rule IC 3-1(a), so counsel appears to be attempting to grant himself relief without judicial approval. Moreover, the motions were filed despite the Court's prior admonition that it was not inclined to extend the deadline further. Docket No. 110 at 1. The motions are predicated on the fact that counsel has apparently overloaded his work obligations, such that he cannot comply with the deadlines set in this case despite earlier extension. Of course, that is <u>not</u> good cause for an extension. *See, e.g.*, *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1179 (D. Nev. 2022). The Court will, as a final courtesy, approve these improper extension requests. Plaintiff's counsel is **cautioned** that he must strictly comply with all deadlines moving forward and the Court will not view favorably extension requests filed at the last minute. With that caveat, the Court **GRANTS** the motions to extend.

IT IS SO ORDERED.

Dated: January 15, 2026

_____
Nancy J. Koppe
United States Magistrate Judge