**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Stephen Schaaf,

      Plaintiff(s),

v.

Nellis Auction Holdings, LLC, et al.,

      Defendant(s).

Case No. 2:25-cv-00647-JCM-NJK

**Order**

[Docket Nos. 93, 96]

Pending before the Court is Plaintiff's motion to amend. Docket No. 93. Also pending before the Court is Plaintiff's corrected motion to amend. Docket No. 96. Defendants filed responses. Docket Nos. 101, 102. Plaintiff filed replies. Docket Nos. 115, 116.

The initial motion to amend is now moot in light of the corrected motion, so it will be denied on that basis. As to the corrected motion, Defendants chose to raise only a single argument: that the corrected motion should be denied because of incorrect citations in the earlier motion. Docket No. 102 at 2. The Court is not persuaded that it should strike or deny a second motion that itself is apparently free of citation errors. Moreover, Defendants are cautioned that they are not permitted to avoid a mandated briefing schedule by purporting to "reserve the right" to raise new arguments later. *See id.*; *but see, e.g.*, *Stichting Pensioenfonds APB v. Country Wide Fin'l Corp.*, 802 F. Supp. 2d 1125, 1132 (C.D. Cal. 2011) ("[i]n most circumstances, failure to respond in an opposition brief to an argument put forward in an opening brief constitutes waiver or abandonment in regard to the uncontested issue"). In light of the circumstances, and as a one-time courtesy, however, the Court declines to treat the corrected motion as unopposed and Defendants will be permitted to file a new opposition brief.

Accordingly, the Court **DENIES** as moot the first motion to amend. Docket No. 93. The Court **DEFERS** ruling on the corrected motion to amend. Docket No. 96. Defendants' response

1

to the corrected motion must be filed by February 13, 2026, and any reply thereto must be filed in accordance with default schedule in the local rules.

IT IS SO ORDERED.

Dated: January 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge