UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEPHEN SCHAAF,

　　　　　　　　　　　　　Plaintiff(s),

　　　v.

NELLLIS AUCTION HOLDINGS, LLC, et al.,

　　　　　　　　　　　　　Defendant(s).

Case No.2:25-CV-647  JCM (NJK)

ORDER

On February 24, 2026, Magistrate Judge Koppe granted plaintiff's motion for leave to amend his first amended complaint. (ECF No. 135). Plaintiff subsequently filed a second amended complaint on the docket that is now the operative complaint in this action. (ECF No. 136). *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967), *overruled on other grounds by Lacey v. Maricopa Cty.*, 693 F.3d 896 (9th Cir. 2012) ("[An] amended complaint supersedes the original, the latter being treated as non-existent.").

There are several motions pending before this court based on plaintiff's original complaint or first amended complaint. The pending motions to dismiss filed by defendants Nellis Auction Holdings, LLC, Cret LLC, Nellis Auction Arizona, LLC, Nellis Auction Colorado, LLC, Nellis Auction New Jersey LLC, and Nellis Auction Texas, LLC (the "Non-Employer Defendants"), (ECF Nos. 11, 17), are based on plaintiff's original complaint and first amended complaint. The motion to dismiss filed by defendants SAC Trust 2, Spencer Chupinsky, Halcyon Third Millenium Trust, and Kenneth Chupinsky, (ECF No. 64), was also based on the first amended complaint. These motions to dismiss and any motions arising out of them are HEREBY MOOTED by the second amended complaint.

**I.    Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the follow motions be DENIED as MOOT:

- the Non-Employer Defendants' motion to dismiss the original complaint (ECF No. 11);
- the Non-Employer Defendants' motion to dismiss the first amended complaint (ECF No. 17);
- the Non-Employer Defendants' motion for leave to exceed the page limits of their reply brief in support of their motion to dismiss the first amended complaint (ECF No. 59);
- the plaintiff's motion to file a surreply to the Non-Employer Defendants' reply, or, in the alternative to strike it (ECF No. 69);
- the plaintiff's motion to dismiss Cret LLC's counterclaim, based on the first amended complaint (ECF No. 58);
- defendants SAC Trust 2, Spencer Chupinsky, Halycon Third Millenium Trust, and Kenneth Chupinsky's motion to dismiss the first amended complaint (ECF No. 64).

Parties may file renewed motions and counterclaims based on the second amended complaint.

IT IS SO ORDERED.

DATED March 9, 2026.

_____
UNITED STATES DISTRICT JUDGE