Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No. 159137 (Pro Hac Vice)
Ciara Alagao, NV Bar No. 16789
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
robert@rafiilaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHEN SCHAAF, on behalf of himself and all others similarly situated,

Plaintiff,

v.

NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,

Defendants.

CRET LLC,

Counterclaimant,

v.

STEPHEN SCHAAF, on behalf of himself and all other similarly situated,

Counterdefendant.

Case No. 2:25-cv-00647-CDS-NJK

**STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES ON DEFENDANTS' MOTIONS TO DISMISS:**

1. **NON-EMPLOYER ENTITY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF No. 140];**

2. **INDIVIDUAL/TRUST DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE [ECF No. 141]; AND**

3. **DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT – INDIVIDUAL COMPLAINT FOR: RETALIATION IN VIOLATION OF THE FLSA, 29 U.S.C. § 215(A)(3) [ECF No. 142]**

**(FIRST REQUEST)**

[ECF No. 144]

---

**STIPULATION TO EXTEND BRIEFING DEADLINES ON MOTIONS TO DISMISS**
4909-6859-9963

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. Plaintiff Stephen Schaaf, on behalf of himself and all others similarly situated, shall have up to one additional week until Thursday, **April 2, 2026**, to respond to the following three (3) motions to dismiss filed by Defendants (collectively "Dismissal Motions"): (a) Non-Employer Entity Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 140]; (b) Individual/Trust Defendants' Motion to Dismiss With Prejudice [ECF No. 141]; and (c) Defendants' Motion to Dismiss Second Amended Complaint – Individual Complaint for: Retaliation in Violation Of The FLSA, 29 U.S.C. § 215(A)(3) [ECF No. 142]; and that

2. Defendants shall have up to one additional week until Thursday, **April 16, 2026**, to file a reply in support of each of the Dismissal Motions.

This Stipulation is submitted and based upon the following:

1. On February 24, 2026, the Court granted Plaintiff's motion for leave to amend his complaint. (ECF No. 135). Two days later, Plaintiff's Second Amended Complaint was filed and became the operative complaint in this action. (ECF No. 136.)

2. On March 9, 2026, the Court issued an order denying as moot all previous motions to dismiss based on Plaintiff's original Complaint and First Amended Complaint. (ECF No. 137). In relevant part, the Court specifically denied as moot all of Defendants' previous motions to dismiss including ECF Nos. 11, 17, and 64. (ECF No. 137). The Court's order invited the parties to "file renewed motions and counterclaims based on the second amended complaint."

3. On March 12, 2026, Defendants filed three separate (3) motions to dismiss as specified above. (ECF Nos. 140-42). Each of Defendants' Dismissal Motions are based on distinct grounds and rely on different exhibits and evidence. (*See id*.). The deadline for Plaintiff to respond to each of the Dismissal Motions is March 26, 2026. However, the deadline for Plaintiff's three responses is two days after Plaintiff's March 24th deadline to file his motion for certification per the Court's Scheduling Order. (ECF No. 55).

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**STIPULATION TO EXTEND BRIEFING DEADLINES ON MOTIONS TO DISMISS**
4909-6859-9963

4.      Given the number of Defendants' Dismissal Motions, the Plaintiff requires additional time to brief the Dismissal Motions.

5.      Accordingly, on March 24, 2026, Plaintiff requested and Defendants agreed to a one-week extension for each of Plaintiff's responses (until April 2, 2026) and for each of Defendants' replies (until April 16, 2026).  This Stipulation memorializes the parties' agreement.

6.      Therefore, Plaintiff and Defendants hereby stipulate (1) to extend Plaintiff's time to respond to each of the Dismissal Motions by one week up to and including **April 2, 2026**, and (2) to extend Defendants' time to file replies in support of the Dismissal Motions by one week up to and including **April 16, 2026**.

7.      This is the parties' first request to extend the briefing schedule on Defendants' Dismissal Motions.

8.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /



RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

3

**STIPULATION TO EXTEND BRIEFING DEADLINES ON MOTIONS TO DISMISS**

4909-6859-9963

9.      Plaintiff and Defendants agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, or other right they may have by virtue of entering into this Stipulation.

Dated this 25th day of March 2026.

**RAFII & ASSOCIATES, P.C.**

*/s/ Robert Montes, Jr.*
Jason Kuller, Esq.
Robert Montes, Jr., Esq. (*pro hac vice*)
Ciara Alagao, Esq
1120 N. Town Center Drive, Ste. 130
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*
STEPHEN SCHAAF

Dated this 25th day of March 2026.

**SNELL & WILMER L.L.P.**

*/s/ Bradley Austin* **(w/permission)**
Bradley T. Austin, Esq.
Swen Prior, Esq.
Theresa C. Trenholm, Esq.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendants*
NELLIS AUCTION HOLDINGS, LLC; CRET LLC; NELLIS AUCTION ARIZONA, LLC; NELLIS AUCTION COLORADO, LLC; NELLIS AUCTION NEW JERSEY LLC; NELLIS AUCTION TEXAS, LLC; SAC TRUST 2; SPENCER CHUPINSKY; HALCYON THIRD MILLENIUM TRUST; AND KENNETH CHUPINSKY

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:**  March 26, 2026



**STIPULATION TO EXTEND BRIEFING DEADLINES ON MOTIONS TO DISMISS**
4909-6859-9963