UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Stephen Daniel Schaaf,

                    Plaintiff

v.

Nellis Auction Holdings, LLC, et al.,

                    Defendants

Case No. 2:25-cv-00647-CDS-NJK

**Order Granting Defendants'
Unopposed Motions to Dismiss**

[ECF Nos. 140, 142]

Plaintiff Stephen Schaaf brings this action under the Fair Labor Standards Act, alleging a class and collective action for unpaid wages and overtime. Defendants[1] Nellis Auction Holdings LLC, Nellis Auction Arizona LLC, Nellis Auction Colorado LLC, Nellis Auction New Jersey LLC, and Nellis Auction Texas LLC move to dismiss Schaaf's claims against them as non-employer defendants. ECF No. 140. Separately, Cret LLC moves to dismiss Schaaf's retaliation claim. ECF No. 142. Any opposition to those motions was due by March 26, 2026. *Id.*; *see* Local Rule 7-2(b) (requiring a non-moving party to file points and authorities in opposition within fourteen days after service of the motion to dismiss). That deadline passed without any response, leaving the motions unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Unlike a motion for summary judgment, a district court is not required to examine the merits of an unopposed motion to dismiss before granting it. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) (refusing to extend to motions to dismiss the requirement that a district court examine the merits of an

---

[1] Schaaf names defendants: Nellis Auction Holdings LLC, Cret LLC, Nellis Auction Arizona LLC, Nellis Auction Colorado LLC, Nellis Auction New Jersey LLC, Nellis Auction Texas LLC, SAC Trust 2, Spencer Chupinsky, Halcyon Third Millenium Trust, and Kenneth Chupinsky. ECF No. 136.

unopposed motion for summary judgment before summarily granting it pursuant to a local rule). Thus, a district court may properly grant an unopposed motion to dismiss under a local rule. *Id.* at 53. Here, I apply Local Rule 7-2(d) and deem Schaaf's failure to respond as consent to granting the motions.

**Conclusion**

IT IS HEREBY ORDERED that the defendants' unopposed motion to dismiss **[ECF No. 140] is GRANTED**; therefore, Nellis Auction Holdings LLC, Nellis Auction Arizona LLC, Nellis Auction Colorado LLC, Nellis Auction New Jersey LLC, and Nellis Auction Texas LLC are dismissed.

IT IS FURTHER ORDERED that Cret LLC's unopposed motion to dismiss **[ECF No. 142] is GRANTED**; therefore, the plaintiff's retaliation claim (fourth cause of action) is dismissed with prejudice.

Dated: April 8, 2026

_____
Cristina D. Silva
United States District Judge

2