**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN SCHAAF, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NELLIS AUCTION HOLDINGS, LLC, a domestic limited liability company; CRET LLC, a domestic limited liability company; NELLIS AUCTION ARIZONA LLC, a foreign limited liability company; NELLIS AUCTION COLORADO, LLC, a foreign limited liability company; NELLIS AUCTION NEW JERSEY, LLC, a foreign limited liability company; NELLIS AUCTION TEXAS, LLC, a foreign limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-00647-CDS-NJK<br><br>**ORDER GRANTING**<br>**NOTICE OF DISASSOCIATION OF**<br>**COUNSEL THERESA C. TRENHOLM**<br>**ONLY** |

- 1 -

CRET LLC, a domestic limited liability company,

Counter-Claimant,

v.

STEPHEN SCHAAF, Individually,

Counter-Defendant.

PLEASE TAKE NOTICE that Theresa C. Trenholm is no longer associated with the law firm of Snell & Wilmer L.L.P. and no longer an attorney of record for Defendants Nellis Auction Holdings, LLC ("Nellis Holdings" or the "Parent Entity"); Nellis Auction Arizona, LLC ("Nellis Arizona"); Nellis Auction Colorado, LLC ("Nellis Colorado"); Nellis Auction New Jersey LLC ("Nellis New Jersey"); and Nellis Auction Texas, LLC ("Nellis Texas") (together, Nellis Arizona, Nellis Colorado, Nellis New Jersey, and Nellis Texas the "Sister Entities"), (together the Parent Entity and the Sister Entities "Non-Employer Defendants"), SAC Trust 2 ("SAC"), Halcyon Third Millenium Trust ("Halcyon") (together, SAC and Halcyon, the "Trust Defendants"), Spencer Chupinsky ("Spencer") and Kenneth Chupinsky ("Kenneth") (together, Spencer and Kenneth, the "Individual Defendants") (together, the Trust Defendants and the Individual Defendants, the "Individual / Trust Defendants"), and Defendant/Counterclaimant CRET LLC ("Nellis Nevada"), in the above-captioned case. Paul Swenson Prior, Esq., Bradley T. Austin, Esq. and Kaitlyn Stout, Esq. of Snell & Wilmer L.L.P. will continue to represent defendants.

Per Local Rule IA 11-6 (b), the opposing counsel, Jason Kuller, Esq., Robert Montes, Jr. Esq., and Ciara Alagao of Rafii & Associates, P.C. and defendant clients were notified.

///
///
///
///
///
///

- 2 -

Accordingly, defendants respectfully request that the e-mail address of ttrenholm@swlaw.com be removed from the CM/ECF e-filing list.

Dated April 24, 2026.

SNELL & WILMER L.L.P.

By: _/s/ Paul S. Prior_
Paul S. Prior, Esq. (Bar No. 9324)
Bradley T. Austin, Esq. (Bar No. 13064)
Kaitlyn Stout, Esq. (Bar No. 17304)
1700 South Pavilion Center Dr., Suite 700
Las Vegas, NV 89135-1865

*Attorneys for Defendants Nellis Auction Holdings, LLC, CRET LLC, Nellis Auction Arizona LLC, Nellis Auction Colorado, LLC, Nellis Auction New Jersey LLC, Nellis Auction Texas, LLC, SAC Trust 2, Spencer Chupinsky, Halcyon Third Millenium Trust and Kenneth Chupinsky*

**IT IS SO ORDERED**
Dated: April 27, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

- 3 -