# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Stephen Daniel Schaaf,

        Plaintiff

v.

Cret LLC, et al.,

        Defendants

Case No. 2:25-cv-00647-CDS-NJK

**Order Granting Plaintiff's Motion to Extend Time**

[ECF No. 165]

Plaintiff Stephen Schaaf moves for an extension of time to file an opposition by May 18, 2026,[1] to defendants Kenneth Chupinsky, Spencer Chupinsky, Cret LLC, and Halcyon Third Millenium Trust's motion for summary judgment because of a temporary staffing crisis. ECF No. 165. The court finds that the plaintiff's request is made in good faith and not solely for the purpose of delay.

IT IS THEREFORE ORDERED that the plaintiff's motion to extend time to file a response [ECF No. 165] is GRANTED nunc pro tunc. The plaintiff's response is due by May 20, 2026.

Dated: May 19, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] The court notes that the proposed extended deadline has passed and the plaintiff has not filed his response.