Jason Kuller, NV Bar No. 12244
Robert Montes, Jr., CA Bar No. 159137 (Pro Hac Vice)
Ciara Alagao, NV Bar No. 16789
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
robert@rafiilaw.com
*Attorneys for Plaintiff*

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEPHEN SCHAAF, on behalf of himself and all others similarly situated,

Plaintiff

v.

CRET LLC, a domestic limited liability company; SAC TRUST 2, a Nevada trust; SPENCER CHUPINSKY, individually and as trustee of SAC Trust 2; HALCYON THIRD MILLENIUM TRUST, a Nevada trust; KENNETH CHUPINSKY, individually and as trustee of Halcyon Third Millenium Trust; and DOES 1 through 50, inclusive,

Defendants

---

CRET LLC,

Counterclaimant,

v.

STEPHEN SCHAAF, on behalf of himself and all other similarly situated,

Counterdefendant.

Case No. 2:25-cv-00647-CDS-NJK

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINES TO RESPOND TO:**

1. **DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTIONS FOR COLLECTIVE ACTION AND CLASS CERTIFICATION [ECF No. 178]; AND**

2. **DEFENDANTS' MOTIONS TO STAY NOTICE AND MEMBER LIST PRODUCTION DEADLINE [ECF Nos. 179, 180]**

**(FIRST REQUEST)**

[ECF No. 181]

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

Plaintiff Stephen Schaaf ("Plaintiff") and Defendants CRET LLC, SAC Trust 2, Spencer Chupinsky, Halcyon Third Millenium Trust, and Kenneth Chupinsky ("Defendants"), by and through their respective counsel of record, hereby stipulate to extend Plaintiff's deadlines to respond to (1) Defendants' Motion for Reconsideration of Order Granting Motions for Collective Action and Class Certification, filed on September 30, 2026 [ECF No. 178], and (2) Defendants' Motions to Stay Notice to Collective Action and Class Action Members and Stay Member List Production Deadline Pending Resolution of Motion for Reconsideration, both filed on October 2, 2026 [ECF Nos. 179, 180], as follows:

1. Plaintiff shall have up to and including Friday, October 23, 2026, to file and serve his opposition to Defendants' Motion for Reconsideration of Order Granting Motions for Collective Action and Class Certification [ECF No. 178] (the "Motion for Reconsideration");
2. Plaintiff shall have up to and including Friday, October 30, 2026, to file and serve his opposition to Defendants' Motions to Stay Notice to Collective Action and Class Action Members and Stay Member List Production Deadline Pending Resolution of Motion for Reconsideration [ECF Nos. 179, 180] (together, the "Motions to Stay"); and
3. Because ECF Nos. 179 and 180 are identical, Plaintiff may file a single opposition, which shall serve as his response to both.

This Stipulation is based on the following:

1. On September 16, 2026, the Court entered its Order granting Plaintiff's motions for collective action and class certification [ECF Nos. 82, 145]. (ECF No. 177.)

2. On September 30, 2026, Defendants moved for reconsideration of that Order. (ECF No. 178.) Under LR 7-2(b), Plaintiff's opposition is currently due Wednesday, October 14, 2026.

3. On October 2, 2026, Defendants filed a motion to stay notice to the collective and class members, and the member list production deadline, pending resolution of the Motion for Reconsideration. (ECF No. 179.) Minutes later, Defendants filed a second motion for stay linked on the docket to the Motion for Reconsideration. (ECF No. 180.) The two filings are otherwise identical. Plaintiff's opposition to the Motions to Stay is currently due Friday, October 16, 2026.

4. Good cause supports the requested extensions, and Plaintiff states as follows in support thereof: Plaintiff's counsel Jason Kuller, who is responsible for preparing Plaintiff's oppositions, has undergone two surgical procedures since mid-September, the most recent on October 2, 2026, the same day the Motions to Stay were filed. He has since required further medical care for post-operative complications, and he has three additional medical appointments scheduled during the week of October 19, 2026, including one requiring an overnight stay.

5. This Stipulation memorializes the parties' agreement on October 13, 2026, to extend Plaintiff's response deadlines on the Motion for Reconsideration and Motions to Stay.

6. This is the parties' first request to extend the briefing schedule on the Motion for Reconsideration and the Motions to Stay. It is submitted before the expiration of the deadlines it seeks to extend, in good faith, and not for the purpose

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS

of delay.

Dated this 14th day of October 2026.

**RAFII & ASSOCIATES, P.C.**

*/s/ Jason Kuller*
Jason Kuller, Esq., Of Counsel
Robert Montes, Jr., Esq. (pro hac vice)
Ciara Alagao, Esq.
1120 N. Town Center Drive, Ste. 130
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*
STEPHEN SCHAAF

Dated this 14th day of October 2026.

**SNELL & WILMER L.L.P.**

*/s/ Bradley T. Austin* (w/permission)
Paul S. Prior, Esq.
Bradley T. Austin, Esq.
Kaitlyn Stout, Esq.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendants*
CRET LLC; SAC TRUST 2; SPENCER CHUPINSKY; HALCYON THIRD MILLENIUM TRUST; AND KENNETH CHUPINSKY

**IT IS SO ORDERED:**

______________________________
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 15, 2026